IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES McMILLAN, CARY McMILLAN and AMBER HUEY,

Appellants,

v.

HERBERT FISCHER and BETTY FISCHER,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1481

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Paetra T. Brownlee of Brownstone, P.A., Winter Park, for Appellants.

Michael H. Crew and Justin I. Remol of Crew & Crew, P.A., Fort Walton Beach, for Appellees.

PER CURIAM.

AFFIRMED.

VAN NORTWICK, ROBERTS, and CLARK, JJ., CONCUR.